IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THERESA BASS | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. NO. 02-CV-3272 |
| | : | |
| FEDERAL MOGUL SYSTEMS GROUP, | : | |
| INC. and LOCAL UNION 1165-19 OF THE | : | |
| UNITED STEELWORKERS UNION OF | : | |
| AMERICA | : | |
| | : | |
| Defendants | : | |
| | : | |

ENTRY OF APPEARANCE

Please enter our appearance as attorneys for Defendant, Federal Mogul Systems Group,

Inc. (the correct name of which is Federal Mogul Systems Protection Group), only, in the

above-captioned matter.

STEVENS & LEE

By _____
William J. Payne
Attorney I.D. No. 32071
Paul R. Lewis
Attorney I.D. No. 17985
One Glenhardie Corporate Center
1275 Drummers Lane, Suite 202
P.O. Box 236
Wayne, Pennsylvania 19087-0236
(610) 293-4966

Attorneys for Defendant
Federal Mogul Systems Protection Group

Dated:  July 16, 2002