<u>CERTIFICATE OF SERVICE</u>

   This will certify that copies of the foregoing Entry of Appearance were served on the following attorneys and parties, by United States first class mail, postage prepaid, on this 16th day of July, 2002:

    George P. Wood, Esquire
    411 Cherry Street
    Norristown, PA 19401

   Attorney for Plaintiff, Theresa Bass

    - and -

    Mr. Phil Trace, President
    USWA, Local Unit 1165-19
    Bethlehem Steel
    750 Charles Street
    Coatesville, PA 19320

        _____
           William J. Payne

Date:  July 18, 2002