IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THERESA BASS : <br> : <br> Plaintiff : <br> : <br> v. : <br> : <br> FEDERAL MOGUL SYSTEMS GROUP, : <br> INC. and LOCAL UNION 1165-19 OF THE : <br> UNITED STEELWORKERS UNION OF : <br> AMERICA : <br> : <br> Defendants : <br> : | CIVIL ACTION NO. NO. 02-CV-3272 |

NOTICE OF BANKRUPTCY CASE FILING

     The attached Notice of Bankruptcy Case Filing was issued by the Clerk of the United States Bankruptcy Court, District of Delaware in connection with a bankruptcy case filed under Chapter 11 of the United States Bankruptcy Code on October 1, 2001 concerning Federal Mogul Corporation and its United States subsidiaries, Case No. 01-10582. A copy of this Notice of Bankruptcy Case Filing was previously sent by Federal Mogul to plaintiff's attorney, George P. Wood, Esquire, by letter dated July 10, 2002. A copy of that letter is also attached.

                      STEVENS & LEE

                      By _____
                          William J. Payne
                          Attorney I.D. No. 32071
                          Paul R. Lewis
                          Attorney I.D. No. 17985
                          One Glenhardie Corporate Center
                          1275 Drummers Lane, Suite 202
                          P.O. Box 236
                          Wayne, Pennsylvania 19087-0236
                          (610) 293-4966

                          Attorneys for Defendant
                          Federal Mogul Systems Protection Group

Dated: July 16, 2002