CERTIFICATE OF SERVICE

    This will certify that copies of the foregoing Notice of Bankruptcy Case Filing were served on the following attorneys and parties, by United States first class mail, postage prepaid, on this 16th day of July, 2002:

    George P. Wood, Esquire
    411 Cherry Street
    Norristown, PA 19401

  Attorney for Plaintiff, Theresa Bass

    - and -

    Mr. Phil Trace, President
    USWA, Local Unit 1165-19
    Bethlehem Steel
    750 Charles Street
    Coatesville, PA 19320

          _____
            William J. Payne

Date: July 18, 2002